IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:14cr·84 |
| Plaintiff | : | MICHAEL J. NEWMAN |
| v. | : | INFORMATION |
| JASON MORGAN, | : | 21 U.S.C. § 844(a) |
| | : | 18 U.S.C. § 3118 |
| Defendant | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 4511.19(A)(2) |
| | : | O.R.C. § 4511.19(A)(1)(a) |
| | : | O.R.C. § 2925.14(C)(1) |
| | : | O.R.C. §4511.20 |
| | : | O.R.C. § 4511.33 |
| | : | O.R.C. § 4511.21(C) |
| | : | O.R.C. § 4511.25 |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about May 7, 2014, in the Southern District of Ohio, the Defendant, JASON MORGAN, did knowingly possess a quantity of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 844(a).

COUNT 2

On or about May 7, 2014, in the Southern District of Ohio, the Defendant, JASON MORGAN, having consented to a test or tests of his blood, breath or urine by reason of 18 U.S.C. Section 3118(a), and having been advised of the consequences of a refusal to permit said test of his blood, breath, or urine, did refuse to submit to said test or tests.

In violation of 18 U.S.C. § 3118.

COUNT 3

On or about May 7, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON MORGAN, within twenty years of being previously convicted of or pleading guilty four prior times to a violation of this division, a

violation of O.R.C. § 4511.19(A)(1) or (B) of this section, or any other equivalent offense, did operate a vehicle, streetcar, or trackless trolley while under the influence of alcohol, a drug of abuse, or a combination of them and subsequent to being arrested for operating the vehicle, streetcar, or trackless trolley while under the influence of alcohol, a drug of abuse, or a combination of them and having consented to a test or tests of his blood, breath or urine by reason of 18 U.S.C. Section 3118(a), and having been advised of the consequences of a refusal to submit to said test of his blood, breath, or urine, did refuse to submit to said test or tests.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(2).

## COUNT 4

On or about May 7, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON MORGAN, having been previously convicted of or pleaded guilty to a violation of the Ohio Revised Code, Section 4511.19(A)(1)(a) or another equivalent offense within six (6) years of this offense, did operate a vehicle, streetcar, or trackless trolley within this state while under the influence of alcohol, a drug of abuse, or a combination of them at the time of the operation.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(a).

## COUNT 5

On or about May 7, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON MORGAN, did knowingly use, or possess with purpose to use, drug paraphernalia.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.14(C)(1).

## COUNT 6

On or about May 7, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON MORGAN, did operate a vehicle, trackless trolley, or streetcar on any street or highway in willful or wanton disregard of the safety of persons or property.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.20.

## COUNT 7

On or about May 7, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON MORGAN, did move a vehicle or trackless trolley from a single lane of traffic without first ascertaining that such movement could be made with safety.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.33.

COUNT 8

On or about May 7, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON MORGAN, did operate a motor vehicle, trackless trolley, or streetcar in excess of the posted speed limit, to wit: 115 miles per hour in a 45 mile per hour zone.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.21(C)

COUNT 9

On or about May 7, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, JASON MORGAN, did fail to operate his motor vehicle upon the right half of the roadway.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.25.

CARTER M. STEWART
United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch